| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Sandy Hussain<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–8463<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   Southern District of California | | |
| Case number:   21–04587–LT7 | | |

# Order of Discharge                                                                                        12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Sandy Hussain
dba Fashion Digital, LLC

<u>3/15/22</u>                                                        **By order of the court:**   Michael Williams
                                                                                                    Clerk of the Bankruptcy Court

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Southern District of California

In re: Case No. 21-04587-LT
Sandy Hussain Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0974-3      User: admin      Page 1 of 2
Date Rcvd: Mar 16, 2022      Form ID: 318      Total Noticed: 22

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 18, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Sandy Hussain, 2015 Lincoln St, Oceanside, CA 92054-6508 |
| smg | + | Div. of Labor Standards Enforcement, 7575 Metropolitan Drive, Suite 210, San Diego, CA 92108-4424 |
| smg | | Dun & Bradstreet, Attn: Lynne Roberts, 2nd Floor, 3501 Corporate Parkway, PO Box 520, Center Valley, PA 18034-0520 |
| 14915004 | | Gabrial & Pelaez, PLLC, 7211 Austin St # PMB 406, Forest Hills, NY 11375-5354 |
| 14915005 | + | Held & Hines, LLP, 370 Lexington Ave # 880, New York, NY 10017-6510 |
| 14915007 | | Lvnv Funding LLC, Greenville, SC 29601 |
| 14915009 | | Storch Amini, PC, C/O Amini LLC, 131 W 35th St Fl 12, New York, NY 10001-2111 |
| 14915012 | | Verizon Wireless, Minneapolis, MN 55401 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | EDI: FRESTADTMUELLER.COM | Mar 17 2022 02:48:00 | Ronald E. Stadtmueller, 10755 Scripps Poway Pkwy., #370, San Diego, CA 92131-3924 |
| tr | | EDI: QCRBARCLAY2.COM | Mar 17 2022 02:48:00 | Christopher R. Barclay, P.O. Box 2819, La Mesa, CA 91943-2819 |
| smg | | EDI: CALTAXFEE | Mar 17 2022 02:48:00 | California Department of Tax and Fee Administratio, Account Information Group, MIC:29, P.O. Box 942879, Sacramento, CA 94279-0029 |
| smg | + | EDI: EDD.COM | Mar 17 2022 02:48:00 | Employment Develop. Dept., State of CA, Bankruptcy Unit - MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | EDI: CALTAX.COM | Mar 17 2022 02:48:00 | Franchise Tax Board, Attn: Bankruptcy, P.O. Box 2952, Sacramento, CA 95812-2952 |
| smg | + | Email/Text: ustp.region15@usdoj.gov | Mar 16 2022 22:48:00 | United States Trustee, Office of the U.S. Trustee, 880 Front Street, Suite 3230, San Diego, CA 92101-8897 |
| 14915000 | | Email/Text: backoffice@affirm.com | Mar 16 2022 22:48:00 | Affirm Inc, 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 14915001 | | Email/Text: backoffice@affirm.com | Mar 16 2022 22:48:00 | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St Ste 4, Pittsburgh, PA 15212-5862 |
| 14915003 | | EDI: CALTAX.COM | Mar 17 2022 02:48:00 | Franchise Tax Board, PO Box 2952, Sacramento, CA 95812-2952 |
| 14915006 | | EDI: IRS.COM | Mar 17 2022 02:48:00 | Internal Revenue Service, Central Insolvency Dept., PO Box 21126, Philadelphia, PA 19114-0326 |
| 14915008 | | EDI: PMSCOLLECTS.COM | Mar 17 2022 02:48:00 | Progressive Mgmt Syste, 1521 W Cameron Ave, |

| District/off: 0974-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 16, 2022 | Form ID: 318 | Total Noticed: 22 |

| | | | | |
|---|---|---|---|---|
| 14915010 | EDI: VERIZONCOMB.COM | Mar 17 2022 02:48:00 | | West Covina, CA 91790-2738 |
| | | | | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Saint Charles, MO 63304-2225 |
| 14915011 | EDI: VERIZONCOMB.COM | Mar 17 2022 02:48:00 | | Verizon, 500 Technology Dr, Weldon Spring, MO 63304-2225 |
| 14915013 | EDI: VERIZONCOMB.COM | Mar 17 2022 02:48:00 | | Verizon Wireless, Attn: Bankruptcy, 500 Technology Dr Ste 599, Saint Charles, MO 63304-2225 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14915002 | ## | Catherine Sadler, c/o Marquart & Small, LLP, 110 E 25th St, New York, NY 10010-2913 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 18, 2022         Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 15, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Christopher R. Barclay | admin@crb7trustee.com qcrbarclay2@ecf.axosfs.com,mlcunanan@crb7trustee.com |
| Ronald E. Stadtmueller | on behalf of Debtor Sandy Hussain ronstadtmueller@aol.com G18046@notify.cincompass.com |
| United States Trustee | ustp.region15@usdoj.gov |

TOTAL: 3